IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

Vs                                   COURT NO. 4:10-mj- 126   GMF

CHRISTINA M. PRICE

_____

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION NO. 2260321

   That on or about February 25, 2010, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, CHRISTINA M. PRICE, did unlawfully possess a controlled substance, to wit:  marijuana; in violation of Title 21, United States Code, Section 844.

COUNT II

VIOLATION NO. 2260319

   That on or about February 25, 2010, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, CHRISTINA M. PRICE, did unlawfully drive and was in actual physical control of a motor vehicle while under the influence of alcohol to wit:  .143 grams; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

COUNT III

VIOLATION NO. 2260318

That on or about February 25, 2010, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, CHRISTINA M. PRICE, did unlawfully make a u-turn where such turn could not be made in safety and without interfering with other traffic; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-121(3).

COUNT IV

VIOLATION NO. 2260320

That on or about February 25, 2010, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, CHRISTINA M. PRICE, did unlawfully possess an open alcoholic beverage container in the passenger area of a motor vehicle which was on the roadway or shoulder of a public highway; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-253(b)(1)(B).

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

By:  KEITH A. STEWART, JR.
SPECIAL ASSISTANT U.S. ATTORNEY