1630 PE 6

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION

United States of America

v.   Case No. 4:10-MJ-126-001 (GMF)

CHRISTINA M. PRICE

# MINUTE SHEET/ORDER

1630

You are hereby ORDERED immediately to go to THE CLERK of U.S. DISTRICT COURT to make arrangements for the following fines and costs:

COUNT(S)   FINDING(S)   SENTENCE

Ct. 1 POSSESSION OF Marijuana  (G) NG Nolo Probation/Jail  2 mths  Fine 350  Cost 25  + Processing Fee $25 = 400

Ct. 2 DUI (.143)  (G) NG Nolo Probation/Jail  12 mths  Fine 1000  Cost 25  + Processing Fee $25 = 1050

Ct. 3 Improper U-Turn  (G) NG Nolo Probation/Jail _____  Fine 50  Cost 25  + Processing Fee $25 = 100

Ct. 4 Open Container  (G) NG Nolo Probation/Jail _____  Fine 50  Cost $5  + Processing Fee $25 = 80

Ct. 5 _____  G NG Nolo Probation/Jail _____  Fine ___  Cost ___  + Processing Fee $25 = ___

Ct. 6 _____  G NG Nolo Probation/Jail _____  Fine ___  Cost ___  + Processing Fee $25 = ___

TOTAL $ 1630

☒ Jail/Probation terms to be served concurrently

☐ Restitution: $

All according to the sentence passed upon you by the United States Magistrate Judge before whom your above referenced case was this date presented. In addition to any fine and special assessment, each ticket carries a $25.00 processing fee to offset the costs of managing the case throughout the judiciary. Pursuant to F.R.Cr.P. 58, you have the right to appeal your conviction and/or sentence within fourteen (14) days.

☒ Time to Pay: 6 Months
☐ Amount Paid Day of Court $ 0
☐ PSI Ordered

## SPECIAL CONDITIONS:

☐ Drug/Alcohol Testing  ☐ Waived
☐ Drug/Alcohol Testing & Treatment
☐ Mental Health Treatment

OTHER:
☐

SO ORDERED this 17th day of June, 2010.

_G. MALLON FAIRCLOTH_
United States Magistrate Judge